# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CINDY ZURAKOV and MEFAIL SERIFOSKI,

          Plaintiffs,

v.

AMERICOLLECT INC.,

          Defendant.

Case No. 19-CV-1412-JPS

**ORDER**

On November 11, 2019, the plaintiffs filed a notice of dismissal of this action with prejudice and without costs assessed to any party. (Docket #6). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the plaintiffs' notice of dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the plaintiffs' class certification motion (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 14th day of November, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge